AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
JAN 3 1 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rogelio VILLARREAL-Estebis | ) | Case No. M-18-0221-M |
| DOB: 1982 | ) | |
| Citizenship: USA | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 16.82 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*approved by*
*AUSA Kitype*

_____
Complainant's signature

Bradley M. Gaines, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/31/2018  8:25 am

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

**Attachment "A"**

I, Bradley M. Gaines, am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On January 30, 2018, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Pharr Port of Entry (POE) in Pharr, Texas. CBP Officers (CBPOs) detained Rogelio VILLARREAL-Estebis (hereafter VILLARREAL), a citizen of the United States, while attempting to enter the U.S. with approximately 16.82 kilograms (kg) of cocaine concealed within the floor of the Dodge Journey sport utility vehicle he was driving. The vehicle was registered to VILLARREAL. VILLARREAL was accompanied by two of his minor children.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. CBPOs observed nervousness, trembling hands, lack of eye contact and stuttering speech from VILLARREAL. CBPOs referred VILLARREAL and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the floor of the vehicle. A CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of narcotics emanating from the vehicle.

4. A physical search of the vehicle discovered a concealed aftermarket constructed compartment in the floor of the vehicle. Inside the compartment, 15 cellophane wrapped packages were discovered. CBPOs field tested the substance inside the packages, which was positive for the characteristics of cocaine.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Pharr POE to assist in the investigation. HSI SAs interviewed VILLARREAL who (post-Miranda warning) denied any knowledge of the cocaine. VILLARREAL stated the vehicle was owned by him and he was the only person who had driven or had access to the vehicle.

6. VILLARREAL will be charged with Illegal Importation of a Controlled Substance, in violation of 21 USC § 952.